**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | | |
|---|---|---|
| **VICKIE W.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 7:17cv324** |
| | ) | |
| **NANCY A. BERRYHILL,** | ) | |
| **Acting Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion entered on this date,

it is hereby **ORDERED** that Vickie W.'s motion for summary judgment is **GRANTED in part**

and the Commissioner's motion for summary judgment is **DENIED** and this case is

**REMANDED** to the Commissioner for further consideration.

Entered:  September 24, 2018

*Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge